# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00065-CV

### In re Andre Lamon Morgan

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Andre Lamon Morgan, an inmate in the Texas Department of Criminal Justice, has filed a pro se petition for writ of mandamus. Morgan requests that this Court compel TDCJ employees to take specified actions relating to medically recommended intensive supervision determinations.

By statute, this Court has no authority to issue a writ of mandamus against these State officials unless required to enforce our jurisdiction, which is not implicated here. *See* Tex. Gov't Code § 22.221 (establishing that intermediate appellate courts have jurisdiction to issue writs of mandamus only against certain types of judges and to enforce appellate courts' own jurisdiction); *In re Amir-Sharif*, No. 08-10-00132-CV, 2010 WL 2690569, at *1 (Tex. App.—El Paso July 7, 2010, orig. proceeding). Accordingly, we dismiss his petition for writ of mandamus for want of jurisdiction.

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Filed: February 25, 2022